TO: U.S. DISTRICT CLERK
U.S. COURTHOUSE
1133 N. Shoreline Blvd.
Corpus Christi, TX. 78401

FROM: Johnny Lee Davis 2114918
McConnell
3001 S. Emily Dr.
Beeville, TX. 78102

RE: Application for 2254 / Filing Fee
Date: June 10, 2020

United States Courts
Southern District of Texas
FILED

JUN 1 5 2020

David J. Bradley, Clerk of Court

Dear Clerk,

Enclosed please find my application for writ of Habeas Corpus 2254. Please file this with the proper court. I have requested your $5.00 filing fee be taken from my account as of the mailing of this paperwork. Thank you for your time in this matter.

My Regards

Johnny L. Davis