

Johnny McConnell
3001 S. Emily Dr.
Beeville, Texas 78102

United States Courts
Southern District of Texas
FILED
JUN 15 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT CLERK
U.S. COURTHOUSE
1133 N. Shoreline BLVD.
Corpus Christi, Texas 78401