# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

## NOTICE OF CASE FILING

Date Case filed: **June 15, 2020**

Style of Case: **Johnny Lee Davis**
**v.**
**Castro**

Case number: **2:20−cv−00162**

District Judge assigned: **Judge**

Nature of Claim: **Habeas Corpus NOS 530**

**Your case has been filed as a Petition for Writ of Habeas Corpus under 28 USC 2254 by a person in state custody.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: June 16, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**NOTICE OF THE RIGHT TO TRY
A CIVIL CASE BEFORE A MAGISTRATE JUDGE**

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Johnny Lee Davis | § § | |
| *versus* | § § | Civil Action 2:20−cv−00162 |
| Castro | § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____       _____

_____       _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____       _____
Date                                                United States District Judge